# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT JUAREZ, | Case No.: 5:16-cv-00705-JAK-SK |
| Plaintiff, | **ORDER GRANTING STIPULATION TO DISMISS WITH PREJUDICE** |
| vs. | |
| VITAMIN WORLD, INC., a Delaware corporation and DOES 1 through 20, Inclusive, | |
| Defendant. | |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

IT IS HEREBY ORDERED that the Complaint for Damages filed by Plaintiff, VINCENT JUAREZ, against Defendant, VITAMIN WORLD, INC., be and hereby is dismissed in its entirety, with prejudice.

Dated: June 15, 2017

_____

HON. JOHN A. KRONSTADT

**ORDER GRANTING STIPULATION TO DISMISS WITH PREJUDICE -** 1